WILLIAM H. WRIGHT (STATE BAR NO. 161580)
wwright@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA  90017
Telephone:     +1-213-629-2020
Facsimile:     +1-213-612-2499

(For a full listing of counsel, see signature page)

Attorneys for Defendants FUJIFILM Medical Systems U.S.A.,
Inc., a New York corporation; FUJIFILM Corporation, a
Japanese Corporation; and GE HEALTHCARE INC.,
a Delaware corporation.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>        Plaintiff and Counterclaim<br>        Defendant,<br><br>    v.<br><br>FUJIFILM MEDICAL SYSTEMS U.S.A., INC.,<br>d/b/a FUJIFILM LIFE SCIENCE, a New York<br>corporation; FUJIFILM CORPORATION, a<br>Japanese Corporation; GE HEALTHCARE INC.,<br>a Delaware corporation; and DOES 1-100,<br><br>        Defendants. | Case No.  09-CV-1311-WQH (JMA)<br><br>**FUJIFILM MEDICAL SYSTEMS U.S.A., INC., FUJIFILM CORPORATION, AND GE HEALTHCARE INC.'S NOTICE OF MOTION AND MOTION TO STRIKE ANTICANCER, INC.'S SECOND AMENDED COMPLAINT**<br><br>Judge:      Honorable William Q. Hayes<br>Courtroom: 4<br>Date:       January 11, 2010<br>Time:       11:00 A.M.<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

1      TO PLAINTIFF ANTICANCER, INC., AND ITS ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that on January 11, 2010, at 11:00 A.M. or as soon thereafter as

3   may be heard in Courtroom 4 of the United States District Court for the Southern District of

4   California, located at the Edward J. Schwartz U.S. Courthouse, 940 Front Street, San Diego,

5   California 92101-8900, Defendants FUJIFILM Medical Systems U.S.A., Inc., FUJIFILM

6   Corporation, and GE Healthcare Inc. (collectively, "Defendants") will and hereby do move to

7   strike Plaintiff AntiCancer, Inc.'s Second Amended Complaint for Damages and Preliminary and

8   Permanent Injunctions for Infringement of U.S. Patents Nos. 6,251,384, 6,649,159, and 6,759,038

9   in the above-titled case.  The Defendants make this motion pursuant to Federal Rules of Civil

10   Procedure 12(f) and 15(a) on the ground that Anticancer, having already amended its Complaint

11   once as a matter of right, was not entitled to file the purported Second Amended Complaint

12   without obtaining leave of Court or consent of the Defendants.  Accordingly, because the Second

13   Amended Complaint was impermissibly filed, it is without legal effect and should be stricken.

14      This motion is based on this Notice and the attached Memorandum of Points and

15   Authorities.

16

17   Dated: December 2, 2009                    Respectfully submitted,

18                                              Orrick, Herrington & Sutcliffe LLP

19

20                                              /s/ William H. Wright

21                                              William H. Wright (State Bar No. 161580)
                                                wwright@orrick.com
22                                              ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                777 South Figueroa Street, Suite 3200
23                                              Los Angeles, CA  90017
                                                Telephone:      +1-213-629-2020
24                                              Facsimile:       +1-213-612-2499

25                                              John R. Inge (State Bar No. 236515)
                                                jinge@orrick.com
26                                              ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                Izumi Garden Tower, 28th Floor
27                                              6-1 Roppongi 1-Chome
                                                Minato-ku, Tokyo 106-6028 Japan
28                                              Telephone:      +81-3-3224-2900
                                                Facsimile:       +81-3-3224-2901

-1-

1

2
Steven J. Routh (admitted *pro hac vice*)
srouth@orrick.com

3
Sten A. Jensen (admitted *pro hac vice*)
sjensen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP

4
1152 15th Street, NW
Washington DC  20005

5
Telephone:        +1-202-339-8400
Facsimile:         +1-202-339-8500

6

7
Attorneys for Defendants FUJIFILM Medical
Systems U.S.A., Inc., a New York corporation;

8
FUJIFILM Corporation, a Japanese Corporation; and
GE HEALTHCARE INC.

9
Jennifer A. Sklenar
sklenarj@howrey.com

10
HOWREY LLP
550 South Hope St.

11
Suite 1100
Los Angeles, CA  90071

12
Telephone:        +1-213-892-1800
Facsimile:         +1-213-892-2300

13

14
Matthew M. Wolf
wolfm@howrey.com

15
HOWREY LLP
1299 Pennsylvania Avenue NW

16
Washington, DC  20004
Telephone:        +1-202-783-0800

17
Facsimile:         +1-202-383-6610

18
Attorneys for Defendant GE HEALTHCARE INC.

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' NOTICE OF MOTION AND
MOTION TO STRIKE SECOND AMENDED COMPLAINT