```
 1  Matt Valenti, (State Bar No. 253978)
    ANTICANCER, INC.
 2  7919 Ostrow Street
    San Diego, CA 92111
 3  (619) 654-2555 (Telephone)
    (619) 268-4175 (Facsimile)
 4
 5  Attorneys for Plaintiff and Counterdefendant AntiCancer, Inc.
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>          Plaintiff,<br><br>v.<br><br>FUJIFILM MEDICAL SYSTEMS U.S.A., INC., d/b/a FUJIFILM LIFE SCIENCE, a New York corporation; FUJIFILM CORPORATION, a Japanese corporation; GE HEALTHCARE INC., a Delaware corporation; and DOES 1-100,<br><br>          Defendants.<br><br>FUJIFILM MEDICAL SYSTEMS U.S.A., INC., d/b/a FUJIFILM LIFE SCIENCE, a New York corporation; FUJIFILM CORPORATION, a Japanese corporation,<br><br>          Counterclaimants,<br><br>v.<br><br>ANTICANCER, INC.,<br><br>          Counterdefendant. | Case No. 3:09-CV-01311-WQH-JMA<br><br>SUBSTITUTION OF COUNSEL |

Pursuant to Local Rule 83.3, g.2, Matt Valenti, Esq. of AntiCancer, Inc. (whose contact information is listed above), hereby substitutes in as counsel of record for plaintiff and counterdefendant AntiCancer, Inc., in place and in stead of Dan Lawton and Joe Kracht of Lawton Law Firm as of the date below written.

A list of all counsel upon whom this Substitution of Counsel is served appears on the accompanying proof of service.

The undersigned consent to this substitution.

Dated: January 3, 2011           LAWTON LAW FIRM

                                 By: _____
                                     Dan Lawton

Dated: January 3, 2011           ANTICANCER, INC.

                                 By: _____
                                     Robert M. Hoffman, Ph.D.
                                 Its: President

Dated: January 3, 2011           ANTICANCER, INC.

                                 By: _____
                                     Matt Valenti
                                 Its: Vice-President and General Counsel

Case No. 3:09-CV-01311-WQH-JMA

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record in *AntiCancer, Inc.* v. *Fujifilm Medical Systems U.S.A., Inc., et al.*, Case No. 3:09-CV-01311-WQH-JMA who are deemed to have consented to electronic service, are being served this 5th day of January, 2011, with a copy of this document:

**SUBSTITUTION OF COUNSEL**

via the Court's CM/ECF system.

I certify that all parties in these cases that have made an appearance are represented by counsel who are CM/ECF participants who have consented to electronic service.

By:   /s/Dan Lawton