Matt Valenti (State Bar No. 253978)
mattvalenti@anticancer.com
ANTICANCER, INC.
7917 Ostrow Street
San Diego, CA  92111
(858) 654-2555 (Telephone)
(858) 268-4175 (Facsimile)

Attorney for Plaintiff and Counterdefendant AntiCancer, Inc.

William H. Wright (State Bar No. 161580)
wwright@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:    +1-213-629-2020
Facsimile:    +1-213-612-2499

Attorneys for Defendants and Counterclaim Plaintiffs Fujifilm Medical Systems, Fujifilm Corporation, and GE Healthcare Inc.

Jennifer A. Sklenar (State Bar No. 200434)
sklenarj@howrey.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 900011
Telephone:    +1-213-243-4000
Facsimile:    +1-213-243-4199

Attorneys for Defendants and Counterclaim Plaintiff GE Healthcare Inc.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTICANCER, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>FUJIFILM MEDICAL SYSTEMS U.S.A., INC., d/b/a FUJIFILM LIFE SCIENCE, a New York corporation; FUJIFILM CORPORATION, a Japanese corporation; GE HEALTHCARE INC., a Delaware corporation;  and DOES 1-100,<br><br>    Defendants. | Case No. 3:09-CV-01311-AJB-JMA<br><br>**REVISED JOINT CLAIM CONSTRUCTION HEARING STATEMENT** |

AND RELATED COUNTERCLAIMS )
_____ )

Plaintiff and counterdefendant AntiCancer, Inc., and defendants and counter plaintiffs Fujifilm Medical Systems U.S.A., Inc., Fujifilm Corporation, and GE Healthcare Inc. hereby submit this REVISED Joint Hearing Statement and accompanying REVISED Joint Claim Construction Chart.

The parties have met and conferred and have come to full agreement on all terms.

## I.     Anticipated length of time for Claim Construction Hearing

Since the parties in this case have come to full agreement on all terms, the parties believe no Claim Construction Hearing will be necessary.  The parties respectfully request that the Court adopts the agreed-upon constructions without the need for further claim construction proceedings and vacate the claim construction hearing date, currently set for November 16, 2011.

## II.    Anticipated Witnesses at the Claim Construction Hearing

Assuming the Court agrees that no Claim Construction Hearing is necessary, this will also eliminate the need for any witnesses.

Respectfully submitted,

Dated: October 31, 2011          ANTICANCER, INC.

                                 By:    /s/Matt Valenti
                                        Matt Valenti

                                 *Attorney for Plaintiff and Counterdefendant AntiCancer, Inc.*

Dated: October 31, 2011          ORRICK, HERRINGTON & SUTCLIFFE LLP

| | | |
|---|---|---|
|1| |By: /s/Steven J. Routh<br>Steven J. Routh|
|2| | |
|3| |*Attorneys for Defendants and Counterclaim Plaintiffs Fujifilm Medical Systems, Fujifilm Corporation, and GE Healthcare Inc.*|
|4| | |
|5|Dated: October 31, 2011|ARNOLD & PORTER LLP|
|6| | |
|7| |By: /s/Jennifer A. Sklenar<br>Jennifer A. Sklenar|
|8| | |
|9| |*Attorneys for Defendant and Counterclaim Plaintiff GE Healthcare Inc.*|
|10| | |
|11|Dated: October 31, 2011|ARNOLD & PORTER LLP|
|12| | |
|13| |By: /s/Matthew M. Wolf<br>Matthew M. Wolf|
|14| | |
|15| |*Attorneys for Defendant and Counterclaim Plaintiff GE Healthcare Inc.*|

16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

1

2    I hereby certify that a copy of the foregoing Joint Hearing Statement was this date served upon all counsel of record by electronic transmission through the Case Management/Electronic Filing (CM/ECF) system of the United States District Court for the

3    Southern District of California, and that all parties in this case are represented by counsel who are CM/ECF participants.

4

5

6    Dated:October 31, 2011          By:     /s/Matt Valenti
                                              Matt Valenti
7                                             Attorney for Plaintiff and Counterdefendant
                                              AntiCancer, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28